TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00417-CV







In re Rosiland Roemer








ORIGINAL PROCEEDING FROM BASTROP COUNTY





M E M O R A N D U M O P I N I O N




 Relator Rosiland Roemer files her petition for writ of mandamus. See Tex. R. App.
P. 52.8. Having reviewed her petition, the record, and the responses filed by the real parties in
interest, we deny the petition for writ of mandamus.



 __________________________________________

 Bea Ann Smith, Justice

Before Justices B. A. Smith, Yeakel and Puryear

Filed: July 25, 2003